## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| LATAYA M. DAVIS, | ) | Civil Action No. 8:14-cv-363 DCN JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, ACTING | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this court upon the joint motion for attorney's fees under the Equal Access to Justice Act ("EAJA"). The parties filed this motion on September 12, 2014, stipulating that defendant will pay plaintiff $1,050.00 under EAJA.

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $1,050.00 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

September 16, 2014
Charleston, South Carolina